Priority Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICKEY DONNELL BOYD, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ANTHONY HEDGPETH, )<br>)<br>Respondent. )<br>_____ ) | No. CV 07-04444-DOC (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: _January 5, 2007_

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE